## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

MICHAEL BRYANT, *et al.*,

        Appellant/Plaintiff,

    v.

EAGLE HEMP, LLC, *et al.*,

        Appellees/Defendants.

No. 22-3317

### APPELLANT'S NINTH STATUS REPORT

Pursuant to the Court's Order of Mach 14, 2024 (Doc. 20), Appellant Michael Bryant provides the following report to the Court regarding the status of the Chapter 11 bankruptcy petitions filed by Eagle Hemp, LLC and Trim Life Labs, LLC in the U.S. Bankruptcy Court for the Middle District of Florida (Case Nos. 8:23-bk-04137-RCT and 8:23-bk-04138-RCT, respectively). As previously reported, both cases have been converted to Chapter 7 proceedings. As of the date of this report, the automatic stay has not been lifted and no discharge has been entered.

DATE:  June 2, 2026

Respectfully submitted,

*/s/ Daniel Marino*
Daniel Marino (PA38892)
dmarino@marinofinley.com
MARINO FINLEY LLP
818 Connecticut Avenue, N.W., Suite 801
Washington, DC  20006
Tel:  202.223.8888

*Attorneys for Appellant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 2nd day of June 2026, I caused the foregoing

to be served upon the following via U.S. Mail, postage prepaid.

Elena Paras Ketchum
Stichter Riedel Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, FL  33602

*Attorneys for Debtors*

Teresa M. Dorr
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee, Region 21
501 East Polk Street, Suite 1200
Tampa, FL  33602

*/s/ Daniel Marino*
Daniel Marino